**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7466

HENRY ANTHONY BAKER,

Plaintiff - Appellant,

versus

LARRY MULLINS, IHO; LIEUTENANT FOWLER; S.
SHORTRIDGE, Operating Officer; T. WOOD,
Sergeant; A. KILBOURNE, Sergeant; CORRECTIONAL
OFFICER COMER; J. BUTTS, Correctional Officer;
J. BOYD, Correctional Officer; R. FLEMING,
Correctional Officer; M. MULLINS, Correctional
Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (CA-05-466-7)

Submitted: April 17, 2006          Decided: May 2, 2006

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Henry Anthony Baker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Anthony Baker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Baker v. Mullins, No. CA-05-466-7 (W.D. Va. Aug. 26, 2005). We deny Baker's motion for appointment of counsel, and we find no error in the district court's refusal to do so. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED